No. 93–862. BELLSOUTH ADVERTISING & PUBLISHING CORP. *v.* DONNELLEY INFORMATION PUBLISHING, INC., ET AL. C. A. 11th Cir. Motions of Ameritech Publishing, Inc., et al., West Publishing Co., Martindale-Hubbell, Inc., United States Telephone Association, and Sprint Publishing & Advertising, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. ■

No. 93–873. UNIVERSITY OF TENNESSEE *v.* FAULKNER. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 93–532. REYER *v.* TODD ET AL., *ante*, p. 992;

No. 93–540. SUNDWALL *v.* GENERAL BUILDING SUPPLY CO., *ante*, p. 993;

No. 93–579. HEMMERLE, DBA HEMMERLE CONSTRUCTION CO., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SUNRISE SAVINGS & LOAN ASSN., *ante*, p. 978;

No. 93–588. KREN *v.* CITY OF SPRINGFIELD, ILLINOIS, *ante*, p. 1011;

No. 93–5739. STOHLER *v.* HARGETT, WARDEN, ET AL., *ante*, p. 1013;

No. 93–6234. BOROS *v.* BAXLEY ET AL., *ante*, p. 997;

No. 93–6268. GOLDBERG *v.* CLEVELAND CLINIC, FLORIDA, *ante*, p. 998;

No. 93–6334. WASKO *v.* ESTELLE, WARDEN, *ante*, p. 1015;

No. 93–6335. ABATE *v.* AVENENTI ET AL., *ante*, p. 999;

No. 93–6414. WILLIAMS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1027; and

No. 93–6658. WILLIAMS *v.* UNITED STATES, *ante*, p. 1019. Petitions for rehearing denied.

No. 92–1806. MEYER *v.* LELSZ ET AL., *ante*, pp. 906 and 1004. Motion for leave to file second petition for rehearing denied.

No. 93–6012. VEASEY *v.* RYAN, WARDEN, ET AL., *ante*, p. 954. Motion for leave to file petition for rehearing denied.